AO 240A  (Rev. 01/09; NJ 06/17; NJ 10/21)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN J. FRATO, JR.<br><br>Plaintiff(s),<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICE<br>Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 23-4049 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐   **GRANTED**, and

☐   The clerk is ordered to file the complaint,

☐   **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐   **DENIED**, for the following reasons:

☐   **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$402** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this          day of                    , 2023     s/_____
                                                                                  Signature of Judicial Officer

                                                                                   Michael A. Shipp, USDJ
                                                                                  Name and Title of Judicial Officer