UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH, LP**
BY   RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com
**Attorneys for Defendant Capital Management Services, L.P.**

_____

| | |
|---|---|
| STEVEN J. FRATO, JR., | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 3:23-cv-04049-MAS-JBD |
| CAPITAL MANAGEMENT SERVICES, L.P., | JURY TRIAL DEMANDED |
| Defendant. | |

_____

**DEFENDANT CAPITAL MANAGEMENT SERVICES, L.P.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that on August 5, 2024, Defendant Capital Management Services, L.P. ("Defendant"), by and through its undersigned counsel,

1

shall move this Court to Dismiss Plaintiff's Complaint (Doc. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Defendant shall rely on its Memorandum of Law submitted in support of this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

                                          Respectfully Submitted,

                                          **KAUFMAN DOLOWICH, LP**

By:   /s/ Monica M. Littman
          **KAUFMAN DOLOWICH, LP**
          RICHARD J. PERR, ESQUIRE
          MONICA M. LITTMAN, ESQUIRE
          One Liberty Place
          1650 Market Street, Suite 4800
          Philadelphia, PA 19103
          Telephone: (215) 501-7002
          Facsimile: (215) 405-2973
          rperr@kaufmandolowich.com
          mlittman@kaufmandolowich.com
          **Attorneys for Defendant Capital Management Services, L.P.**

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing via email on the following:

Steven J. Frato, Jr.
22 Lilac Lane
Barnegat, NJ 08005
fratosteven@gmail.com


/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated:  July 9, 2024