UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVEN J. FRATO, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 3:23-cv-04049-MAS-JBD |
| CAPITAL MANAGEMENT SERVICES, L.P., | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ___day of _____ , 2024, upon consideration of Defendant Capital Management Services, L.P.'s ("Defendant") Motion to Dismiss Plaintiff Steven J. Frato, Jr.'s ("Plaintiff") Complaint; opposition, if any; arguments of counsel, if any; and for good cause shown, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.  It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                      **BY THE COURT:**

                                      _____

                                                    J.