Steven Frato Jr<br>
22 Lilac Lane<br>
Barnegat, New Jersey 08005<br>
fratosteven@gmail.com

July 19, 2024

VIA ELECTRONIC FILING

Clerk of Court
United States District Court
District of New Jersey
402 E State St.
Trenton, New Jersey 08608

**RE:     FRATO, JR. v. CAPITAL MANAGEMENT SERVICES L.P., (3:23-cv-04049)**

Dear Clerk of the Court

     Pursuant to Local Civil Rule 7.1(d)(5), I am writing to notify the Court and all parties involved in the above-referenced matter of my intention to adjourn the motion day for the Defendant's Motion to Dismiss. This letter serves to invoke the provisions of L.Civ.R. 7.1(d)(5) and to confirm that the originally noticed motion day has not previously been extended or adjourned for this dispositive motion.

The Defendant's Motion to Dismiss is currently returnable August 5, 2024. My response in opposition to the motion is presently due on July 22, 2024. In accordance with L.Civ.R. 7.1(d)(5), I am seeking an automatic extension of one motion cycle, and I request that the new motion day be set for August 19, 2024, which is the next available motion day following the originally noticed date.

As specified by the rule, I will file my opposition papers at least 14 days prior to the new motion day, specifically by August 5, 2024. The Defendant shall file its reply papers, if any, at least seven days prior to the new motion day, specifically by August 12, 2024.

Please acknowledge receipt of this letter and the new motion day at your earliest convenience. Should you require any additional information or have any questions, please do not hesitate to contact me.

Thank you for your attention to this matter.

[SIGNATURE TO FOLLOW]

Sincerely,

*StevenJ Frato Jr* (signature)

StevenJ Frato Jr

Plaintiff, Pro Se