IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

STEVEN J FRATO JR
22 LILAC LANE
BARNEGAT, NJ 08005
845-545-6399
fratosteven@gmail.com
Plaintiff, *Pro Se*

| | |
|---|---|
| STEVEN J. FRATO JR,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL MANAGEMENT SERVICES L.P.,<br>A Delaware Corporation,<br><br>Defendant | Docket No: 3:23-cv-04049 |

**PROOF OF SERVICE**

    I, Steven J. Frato Jr., hereby certify that on this 5th day of August, 2024, I served a copy of the following documents:

    1. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss;

    2. [Proposed] Order Denying Defendant's Motion to Dismiss;

    upon the following attorneys for the Defendant via the Court's Electronic Case Filing (ECF) system:

Richard J. Perr
Kaufman Dolowich LP
rperr@kaufmandolowich.com

Monica M. Littman
Kaufman Dolowich LP
mlittman@kaufmandolowich.com

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: August 5, 2024

Respectfully submitted,

Steven J. Frato Jr.
Plaintiff, *Pro Se*