# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH LLP**
    **RICHARD J. PERR, ESQUIRE**
    **MONICA M. LITTMAN, ESQUIRE**
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kaufmandolowiich.com
mlittman@kaufmandolowich.com

_____

| | |
|---|---|
| STEVEN J. FRATO JR., | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 3:23-CV-04049-MAS-JBD |
| CAPITAL MANAGEMENT SERVICES L.P., | |
| Defendant. | |

_____

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE OR OTHERWISE REPLY (L.Civ.R. 61(b))**

Application is hereby made for a Clerk's Order extending time within which Defendant Capital Management Services L.P. ("Defendant") may answer, move or otherwise reply to the Amended Complaint filed by Plaintiff Steven J. Frato, Jr. ("Plaintiff") herein and it is represented that:

    1.    On January 8, 2025, this Court granted Defendant's Motion to Dismiss Plaintiff's Complaint without prejudice (Docs. 14-15);

1

2. In the January 8, 2025 Order, the Honorable Michael A. Shipp directed that Plaintiff may file an Amended Complaint within thirty (30) days from the entry of the Order, or until February 9, 2025. (Doc. 15). This deadline was extended to February 10, 2025 pursuant to Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure as February 9, 2025 was a Sunday.

3. On February 10, 2025, Plaintiff filed an Amended Complaint against Defendant. (Doc. 16);

4. Defendant's time to Answer, Move or otherwise Reply to Plaintiff's Amended Complaint expires on February 24, 2025.

          Respectfully submitted:

          **KAUFMAN DOLOWICH LLP**

    BY:  /s/ Monica M. Littman
          RICHARD J. PERR, ESQUIRE
          MONICA M. LITTMAN, ESQUIRE
          One Liberty Place
          1650 Market Street, Suite 4800
          Philadelphia, PA 19103
          Telephone: (215) 501-7002
          Facsimile: (215) 405-2973
          Attorneys for Defendant Capital Management Services, L.P.

Dated: February 18, 2025

## ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply in response to Plaintiff's Amended Complaint is extended to March 10, 2025.

ORDER DATED: _____

                                              William T. Walsh, Clerk
                                              By: _____
                                                      Deputy Clerk

## **CERTIFICATE OF SERVICE**

    I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically via email on the following:

Steven J. Frato, Jr.<br>
22 Lilac Lane<br>
Barnegat, NJ 08005<br>
fratosteven@gmail.com<br>
Pro Se Plaintiff

                /s/ Monica M. Littman
                MONICA M. LITTMAN

Date: February 18, 2025.