# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH, LP**
BY    RICHARD J. PERR, ESQUIRE
        MONICA M. LITTMAN, ESQUIRE
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com
**Attorneys for Defendant Capital Management Services, L.P.**

| | |
|---|---|
| STEVEN J. FRATO, JR., <br><br> Plaintiff, <br> v. <br><br> CAPITAL MANAGEMENT SERVICES, L.P., <br><br> Defendant. | NO. 3:23-cv-04049-MAS-JBD |

# DEFENDANT CAPITAL MANAGEMENT SERVICES, L.P.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

    PLEASE TAKE NOTICE that on April 7, 2025 Defendant Capital Management Services, L.P. ("Defendant"), by and through its undersigned counsel, shall move this Court to Dismiss Plaintiff's Amended Complaint (Doc. 16) pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Defendant shall rely on its Memorandum of Law submitted in support of this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

          Respectfully submitted,

          **KAUFMAN DOLOWICH, LP**

By:  /s/ Richard J. Perr
       RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       One Liberty Place
       1650 Market Street, Suite 4800
       Philadelphia, PA  19103
       (v) 215-501-7002; (f) 215-405-2973
       rperr@kaufmandolowich.com;
       mlittman@kaufmandolowich.com
       Attorneys for Defendant Capital Management Services, L.P.

Dated: March 10, 2025

## **CERTIFICATE OF SERVICE**

I, Richard J. Perr, certify that on or about this date, I caused to be served a true and correct copy of the foregoing the Court's CM/ECF system on the following:

Steven J. Frato, Jr.
22 Lilac Lane
Barnegat, NJ 08005
fratosteven@gmail.com

Dated: March 10, 2025                    By:   /s/ Richard J. Perr
                                                      RICHARD J. PERR, ESQUIRE