UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN J. FRATO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES L.P.,<br><br>Defendant. | Civil Action No. 23-4049 (MAS) (JBD)<br><br>**ORDER** |

This matter comes before the Court upon Defendant Capital Management Services L.P.'s ("Capital") Motion to Dismiss (the "Motion to Dismiss") (ECF No. 18) Plaintiff Steven J. Frato Jr.'s ("Frato") Amended Complaint ("Amended Complaint") (ECF No. 16). Frato opposed (ECF No. 21), and Capital replied (ECF No. 22). After careful consideration of the parties' submissions, the Court decides the matter without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS**, on this 6th day of October 2025, **ORDERED** as follows:

1. The Clerk shall reopen the case.

2. Capital's Motion to Dismiss (ECF No. 18) is **DENIED** as to Count One.

3. Capital's Motion to Dismiss (ECF No. 18) is **GRANTED** as to Counts Two and Three.

4. Frato's Amended Complaint (ECF No. 16) is **DISMISSED without prejudice** as to Counts Two and Three.

5. The Clerk shall serve a copy of this Order upon the parties.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**