UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**KAUFMAN DOLOWICH, LP**
BY     RICHARD J. PERR, ESQUIRE
          MONICA M. LITTMAN, ESQUIRE
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kaufmandolowich.com
mlittman@kaufmandolowich.com
**Attorneys for Defendant Capital Management Services, L.P.**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVEN J. FRATO, JR., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:23-cv-04049-MAS-JBD |
| | : | |
| CAPITAL MANAGEMENT SERVICES, L.P., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒          The nongovernmental corporate party, Defendant CAPITAL MANAGEMENT SERVICES, LP, in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

1

                    Respectfully submitted,

                    **KAUFMAN DOLOWICH, LP**

By:   <u>/s/ Monica M. Littman</u>
       RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       One Liberty Place
       1650 Market Street, Suite 4800
       Philadelphia, PA  19103
       (v) 215-501-7002; (f) 215-405-2973
       rperr@kaufmandolowich.com;
       mlittman@kaufmandolowich.com
       Attorneys for Defendant Capital
       Management Services, L.P.

Dated: October 21, 2025

## **CERTIFICATE OF SERVICE**

      I, Monica M. Littman, certify that on or about this date, I caused to be served a true and correct copy of the foregoing the Court's CM/ECF system on the following:

Steven J. Frato, Jr.
22 Lilac Lane
Barnegat, NJ 08005
fratosteven@gmail.com
Plaintiff

Dated: October 21, 2025         By:   <u>/s/ Monica M. Littman</u>
                                                    MONICA M. LITTMAN, ESQUIRE